UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60033-CR-SINGHAL

UNITED STATES OF AMERICA
        Plaintiff,
vs.

MICHAEL DENIS,

        Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE

**THIS MATTER** is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant Michael Denis (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On January 28, 2021, the United States filed an Information charging the Defendant in Count 1 with bank fraud and wire fraud in violation of 18 U.S.C. § 1344. Information, ECF No. 15. The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 18 U.S.C. § 1344, the Defendant shall forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense. *See id.* at 5. The Information alleged that the property subject to forfeiture as a result of the alleged offense includes, but is not limited to: a money judgment in the amount of $39,645.00. *See id.*

On April 27, 2021, the Court accepted the Defendant's guilty plea to Count 1 of the Information. *See* Minute Entry, ECF No. 25; Plea Agreement ¶ 2, ECF No. 27. As part of the guilty plea, the Defendant agreed to the entry of a forfeiture money judgment in the amount of $39,645.00 against him. Plea Agreement ¶ 9, ECF No. 27.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court

found that there was a factual basis to support the Defendant's conviction. *See* Factual Proffer, ECF No. 28. The Factual Proffer also provided a basis for the forfeiture of property. *See id.* at ¶ 7.

As discussed in the Defendant's Factual Proffer, the Defendant participated in a scheme to obtain fraudulent Paycheck Protection Program ("PPP") loans on behalf of others in exchange for kickback payments. *See* Factual Proffer at ¶ 1, ECF No. 28. As a result of the false and fraudulent information included on the PPP loan applications, Bank 1 funded several PPP loans. *See id.* at ¶ 7. The Defendant agreed, in his Factual Proffer, that he personally obtained $39,645.00 as result of his participation in this scheme. *Id.*

Based on the record in this case, the total value of the proceeds traceable to the offense of conviction is $39,645.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, the Court should issue the attached proposed order, which provides for the entry of a forfeiture money judgment against the Defendant; the inclusion of the forfeiture as part of the Defendant's sentence and judgment in this case; and permission to conduct discovery to locate assets ordered forfeited.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $39,645.00 is hereby entered against the Defendant.

2. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition,

pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29 day of June 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE